UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                  Case # 3:07mj90/MD and # 3:07mj307/MD

**DERICK R. BURRAGE**

Defendant's Attorney:
Robert Dennis (AFPD)
3 West Garden Street, Suite 200
Pensacola, FL 32502

### JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Count One in each listed case number of the Informations on February 29, 2008. Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such count(s) which involve(s) the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 21 U.S.C. § 844(a) | Possession of Marijuana | October 21, 2006 | One in case # 3:07mj90 |
| 18 U.S.C. § 3146(a)(1) and (b)(1)(A)(iv) | Failure to Appear for Jury Trial | November 5, 2007 | One in case # 3:07mj370 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

The Court waived fines in each of the cases. The special monetary assessments were remitted under 18 U.S.C. § 3573.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
March 26, 2008

*/s/ Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Date Signed: 3-27-2008

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **3 months as to Count 1 in DKT# 3:07mj90-001 and 3 months as to Count 1 of DKT# 3:07mj307-001, to run consecutively to the term of imprisonment in DKT# 3:07mj90-001, for a total term of imprisonment of 6 months. The defendant shall receive credit for time served.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal